UNITED STATES of America,
Plaintiff-Appellee

v.

Mario BARAJAS, Defendant-Appellant

No. 16-41457
Conference Calendar

United States Court of Appeals,
Fifth Circuit.

Filed August 21, 2017

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Mario Barajas, Pro Se

Before JOLLY, HIGGINBOTHAM, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Mario Barajas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Barajas has filed a response. We have reviewed counsel's brief and the relevant parts of the record reflected therein, as well as Barajas's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, Barajas's motions to vacate

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

his sentence and remand the case to the district court, incorporated in his response, are DENIED; counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.